**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 3:11-cv-653-HDM-VPC |
| v. | ) | |
| MARCELINA BRYANT, | ) | ORDER GRANTING |
| Defendant. | ) | **CONSENT JUDGMENT** |

WHEREAS, Plaintiff United States of America, on behalf of the Department of Housing and Urban Development ("HUD") filed a Complaint initiating this action against Defendant Marcelina Bryant ("Bryant");

WHEREAS, the United States alleges that: Defendant unlawfully obtained and used housing assistance benefits from the Reno Housing Authority and HUD by making false statements and submitting fraudulent claims for payment pertaining to household income.

WHEREAS, the Defendant, Marcelina Bryant, does not contest the accuracy of the allegations set forth in the Complaint filed in this action;

**THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** as follows:

1. This court has jurisdiction over this matter under 31 U.S.C. § 3932 and 28 U.S.C. § 1331, 1345, and 1355 and the Defendant Marcelina Bryant acknowledges receipt of a copy of the Complaint in this action.

2. The Defendant acknowledges her liability to the United States in the amount of $29,309.70, which represents the government's single damages of $18,309.70 plus two civil penalties in the amount of $5,500 each, in connection with Defendant's receipt of HUD Section 8 housing assistance benefits to which Defendant was not entitled and as is more fully set out in the Complaint filed in this action.

3. Bryant admits and acknowledges that her actions, which gave rise to the present dispute between the parties, constitute false pretenses, false representations, and/or fraud that resulted in her obtaining federal housing assistance benefits to which she was not entitled; and agrees and acknowledges that the debt owed to the United States as set forth herein is nondischargeable in bankruptcy under 11 U.S.C. § 523.

4. The Unites States District Court for the District of Nevada shall retain jurisdiction over this case for purposes of enforcing the Consent Judgment.

_____
UNITED STATES DISTRICT JUDGE
Dated: December 6, 2011
DATE: 11-20-2011

Approved by:

_____
MARCELINA BRYANT
4370 Reggie Rd.
Reno, Nevada 89502


DANIEL G. BOGDEN
United States Attorney

_____
ROGER W. WENTHE
Assistant United States Attorney

2